JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXTRA MAGNI WALL, INC., et al., <br><br> Defendants. | Case No. 2:22-cv-04966-RGK-AFM <br> *Hon. R. Gary Klausner Presiding* <br><br> [PROPOSED] JUDGMENT |

Pursuant to this Court's Order Granting Plaintiff's Motion for Default Judgment (ECF No. 27), IT IS ORDERED, ADJUDGED, AND DECREED that:

A Judgment in the amount of **$32,927.00** (consisting of $30,000.00 in statutory damages, $2,400.00 in attorneys' fees, and $527.00 in recoverable costs) is hereby ENTERED against Defendant Mooxy Lifestyle, Inc. and in favor of Plaintiff Universal Dyeing & Printing, Inc., along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: January 13, 2022    By: /s/ Gary Klausner
                                Hon. R. Gary Klausner
                                United States District Judge